Fill in this information to identify your case:

Debtor 1  __Lakedia_____Campbell_____
          First Name          Middle Name              Last Name

Debtor 2  _____
(Spouse, if filing)  First Name     Middle Name        Last Name

United States Bankruptcy Court for the: __Northern_____ District of __Illinois__
                                                                         (State)
Case number
(if known)  __16-26588_____

Chapter filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court orders that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| +$ _____ | _____ Month / day / year |
| **Total** $ _____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

__8/20/16_____         By the court:  __Carol A. Doyle_____
Month / day / year                          United States Bankruptcy Judge

Official Form 103A    Application for Individuals to Pay the Filind Fee in Installments    page 2